Case: 26-3303, 11/17/2026, DktEntry: 1.1, Page 1 of 19

**Criminal Notice of Appeal - Form A**

U.S. DISTRICT COURT
FILED
NOV 16 2026
SOUTHERN DISTRICT OF NEW YORK

## NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
UNITED STATES v.
JARED SOLOMON

Docket No.: 24 Cr. 665 (LAP)
JUDGE LORETTA PRESKA
(District Court Judge)

Notice is hereby given that JARED SOLOMON appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] ______ (specify)

entered in this action on 11/5/2026.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: 11/5/2026 N/A [ ]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes ✓ No [ ] If yes, provide the following information:

Defendant's Counsel: ANTHONY CECUTTI

Counsel's Address: 217 BROADWAY Suite 707
NY, NY 10007

Counsel's Phone: 917-741-1837

Assistant U.S. Attorney: ADAM MARGULIES

AUSA's Address: 26 Federal Plaza, 37th Fl
NY, NY 10278

AUSA's Phone: 212 637 2345

[signature]
Signature

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:24−cr−00665−LAP All Defendants

Case title: USA v. SOLOMON

Date Filed: 12/03/2024

Date Terminated: 11/05/2026

---

Assigned to: Judge Loretta A. Preska

**Defendant (1)**

**Jared Solomon**
*TERMINATED: 11/05/2026*
*also known as*
Sealed Defendant 1
*TERMINATED: 11/05/2026*

represented by

**Anthony Cecutti**
Law Office of Anthony Cecutti
217 Broadway, Suite 707
New York, NY 10007
917−741−1837
Fax: 212−962−5037
Email: anthonycecutti@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Arthur Louis Aidala**
Law Offices of Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue, 6th Floor
New York, NY 10036
212−486−0011
Fax: 718−921−3292
Email: aidalaesq@aidalalaw.com
*TERMINATED: 07/30/2025*
*LEAD ATTORNEY*
*Designation: Retained*

**Lino Joseph De Masi**
Aidala Bertuna & Kamins PC
546 Fifth Avenue
Ste 6th Floor
New York, NY 10036
212−486−0011
Email: ldemasi@aidalalaw.com
*TERMINATED: 07/30/2025*
*Designation: Retained*

**Michael Thomas Jaccarino**
Aidala Bertuna & Kamins
546 5th Avenue
6th Floor
New York, NY 10036
718−238−9898
Email: jaccarino@aidalalaw.com
*TERMINATED: 07/30/2025*
*Designation: Retained*

**Peter Toumbekis**
Peter Toumbekis, Esq.
281 Beaver Dam Rd
Brookhaven, NY 11719
917−325−3574
Fax: 929−403−0200

Email: ptoumbekis@gmail.com
*TERMINATED: 05/15/2026*
*Designation: Retained*

**Roland Gustaf Riopelle**
Sercarz & Riopelle, LLP
950 Third Avenue
31st Floor
New York, NY 10022
212−586−4900
Fax: 212−586−1234
Email: rriopelle@juno.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (1ss) | Imprisonment for a total term of 108 MONTHS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 24 MONTHS ON COUNT TWO TO RUN CONSECUTIVELY FOR A TOTAL TERM OF 132 MONTHS. Supervised release for a term of 3 YEARS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 1 YEAR ON COUNT TWO TO RUN CONCURRENTLY FOR A TOTAL TERMS ON 3 YEARS |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (AGGRAVATED IDENTITY THEFT) (2ss) | Imprisonment for a total term of 108 MONTHS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 24 MONTHS ON COUNT TWO TO RUN CONSECUTIVELY FOR A TOTAL TERM OF 132 MONTHS. Supervised release for a term of 3 YEARS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 1 YEAR ON COUNT TWO TO RUN CONCURRENTLY FOR A TOTAL TERMS ON 3 YEARS |
| 18:1344A.F BANK FRAUD (3ss−4ss) | Imprisonment for a total term of 108 MONTHS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 24 MONTHS ON COUNT TWO TO RUN CONSECUTIVELY FOR A TOTAL TERM OF 132 MONTHS. Supervised release for a term of 3 YEARS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 1 YEAR ON COUNT TWO TO RUN CONCURRENTLY FOR A TOTAL TERMS ON 3 YEARS |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (1) | Dismissed |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (1s) | Dismissed |
| 18:1028A.F FRAUD WITH IDENTIFICATION | Dismissed |

DOCUMENTS (AGGRAVATED IDENTITY THEFT)
(2)

| | |
|---|---|
| 18:1028B.F FRAUD WITH IDENTIFICATION DOCUMENTS (AGGRAVATED IDENTITY THEFT)<br>(2s) | Dismissed |
| 18:1344A.F BANK FRAUD<br>(3s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**Brooke Kaye** represented by **Roland Gustaf Riopelle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Interested Party**

**Vornado Realty Trust** represented by **Sharon Cohen Levin**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−4000
Email: levinsc@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Interested Party**

**Wells Fargo Bank, N.A.** represented by **Jason Wesley Creech**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse
Suite 310
Westbury, NY 11590
516−280−7675
Email: jcreech@raslg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

**USA** represented by **Adam Zeldes Margulies**
DOJ−USAO
U.S. Attorney's Office, SDNY
One Saint Andrew's Plaza

New York, NY 10007
212−637−2345
Email: Adam.Margulies@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Daniel Charles Richenthal**
DOJ−USAO
U.S. Attorney's Office, Southern District of New York
26 Federal Plaza
37th Floor
New York, NY 10278
212−637−2109
Email: daniel.richenthal@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joe Zabel**
DOJ−USAO
26 Federal Plaza
New York, NY 10278
212−637−1559
Email: Joseph.Zabel@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rita Kathleen Maxwell**
DOJ−USAO
26 Federal Plaza
37th Floor
New York, NY 10278
212−637−2200
Email: rita.maxwell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Varun Anand Gumaste**
DOJ−USAO
One St. Andrew's Plaza
New York, NY 10007
212−637−1023
Email: varun.gumaste@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2024 | 1 | UNREDACTED INDICTMENT FILED as to Sealed Defendant 1. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 12/04/2024) |
| 12/03/2024 | 2 | SEALED REDACTED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2. (jm) (jm). (jm). (jm). (Entered: 12/04/2024) |
| 12/04/2024 | 3 | Order to Unseal Indictment as to Sealed Defendant 1. (Signed by Magistrate Judge Henry J Ricardo on 12/4/24)(jm) (Entered: 12/04/2024) |
| 12/04/2024 | | INDICTMENT UNSEALED as to Jared Solomon. (jm) (Entered: 12/04/2024) |
| 12/04/2024 | | Case Designated ECF as to Jared Solomon. (jm) (Entered: 12/04/2024) |
| 12/04/2024 | | Case as to Jared Solomon ASSIGNED to Judge Loretta A. Preska. (jm) (Entered: 12/04/2024) |
| 12/04/2024 | | Attorney update in case as to Jared Solomon. Attorney Adam Zeldes Margulies for USA added. (jm) (Entered: 12/04/2024) |

| | | |
|---|---|---|
| 12/04/2024 | 5 | NOTICE OF ATTORNEY APPEARANCE: Peter Toumbekis appearing for Jared Solomon. (jm) (Entered: 12/04/2024) |
| 12/04/2024 | | Arrest of Jared Solomon. (ap) (Entered: 12/04/2024) |
| 12/04/2024 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Initial Appearance as to Jared Solomon held on 12/4/2024. Arraignment as to Jared Solomon (1) Count 1,2 held on 12/4/2024. Bond Hearing as to Jared Solomon held on 12/4/2024. Presentment, Arraignment, Bail Hearing, and Initial Conference Held Defendant present with his attorney Peter Toumbekis. AUSA Adam Margulies present. Pretrial Services Officer Vanessa Perdomo also present. The defendant is presented and arraigned on the indictment and enters a plea of not guilty. Bail hearing held. See Dispo sheet. Next conference scheduled for February 5, 2025 at 10:30 am. Time is excluded from today, until February 5, 2025 from calculation under the speedy trial act in the interest of justice. (Court Reporter Andrew Walker) (ap) (Entered: 12/04/2024) |
| 12/04/2024 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Plea entered by Jared Solomon (1) Count 1,2 Not Guilty. (ap) (Entered: 12/04/2024) |
| 12/04/2024 | 6 | APPEARANCE Bond Entered as to Jared Solomon. $250,000 personal recognizance bond; To be co−signed by three financially responsible persons. Additional conditions... (job) (Main Document 6 replaced on 1/24/2025) (job). (Entered: 12/06/2024) |
| 12/04/2024 | 7 | Minute Entry for proceedings held before Judge Loretta A. Preska: Bond Hearing as to Jared Solomon held on 12/4/2024. AUSA Adam Margulies present for the Government. Defendant present with attorney Peter Toumbekis. BAIL DISPOSITION: $250,000 personal recognizance bond; To be co−signed by three financially responsible persons; Travel restricted to SDNY/EDNY/DNJ/DCT; Surrender travel documents and no new applications; Pretrial supervision: Regular; No contact with the victims in this case. Including victim company 1 and other victim companies they do business with; The defendant may travel on the vacation previously scheduled for Dec. 22−Dec. 29, 2024; Def. to be released on own signature, plus the following conditions: Conditions to be met in one week. (job) (Entered: 12/06/2024) |
| 12/06/2024 | 8 | Arrest Warrant Returned Executed on 12/4/24 as to Jared Solomon. (jw) (Entered: 12/06/2024) |
| 12/09/2024 | 9 | CONSENT MOTION for Protective Order . Document filed by USA as to Jared Solomon. (Attachments: # 1 Proposed Order Protective Order)(Margulies, Adam) (Entered: 12/09/2024) |
| 12/16/2024 | 10 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/16/2024) |
| 12/23/2024 | 11 | PROTECTIVE ORDER as to Jared Solomon...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED: (Signed by Judge Loretta A. Preska on 12/23/2024) (bw) (Entered: 12/23/2024) |
| 01/14/2025 | 12 | TRANSCRIPT of Proceedings as to Jared Solomon re: Arraignment held on 12/4/2024 before Judge Loretta A. Preska. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/4/2025. Redacted Transcript Deadline set for 2/14/2025. Release of Transcript Restriction set for 4/14/2025. (McGuirk, Kelly) (Entered: 01/14/2025) |
| 01/14/2025 | 13 | TRANSCRIPT of Proceedings as to Jared Solomon re: Arraignment held on 12/4/2024 before Judge Loretta A. Preska. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/4/2025. Redacted Transcript Deadline set for 2/14/2025. Release of Transcript Restriction set for 4/14/2025. (McGuirk, Kelly) (Entered: 01/14/2025) |
| 01/14/2025 | 14 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Arraignment proceeding held on 12/4/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request |

| | | |
|---|---|---|
| | | Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/14/2025) |
| 02/03/2025 | 15 | JOINT LETTER MOTION addressed to Judge Loretta A. Preska from USA dated Feb. 3, 2025 re: Request for 30−Day Adjournment and Exclusion of Time . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 02/03/2025) |
| 02/04/2025 | 16 | ENDORSED LETTER as to Jared Solomon addressed to Judge Loretta A. Preska from AUSA Adam Z. Margulies dated February 3, 2025 re: The parties jointly submit this letter requesting a 30−day adjournment of the status conference currently scheduled for Wednesday, February 5, 2025, at 10:30 a.m.... ENDORSEMENT: The parties' request for an adjournment of the status conference currently scheduled for February 5, 2025 at 10:30 a.m. is GRANTED. The conferenced is adjourned to March 10, 2025 at 10 a.m. Time is excluded from February 5, 2025 until March 10, 2025 from calculation under the Speedy Trial Act in the interest of justice. SO ORDERED. ( Status Conference set for 3/10/2025 at 10:00 AM before Judge Loretta A. Preska. )(Signed by Judge Loretta A. Preska on 2/4/2025) (bw) (Entered: 02/04/2025) |
| 03/10/2025 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Status Conference as to Jared Solomon held on 3/10/2025. Defendant present with his attorney Peter Toumbekis. AUSA Adam Margulies present. Conference Held. Next conference scheduled for April 21, 2025 at 10:30 am. Time is excluded from today, until April 21, 2025 from calculation under the speedy trial act in the interest of justice. (Status Conference set for 4/21/2025 at 10:30 AM before Judge Loretta A. Preska.) (jbo) (Entered: 03/10/2025) |
| 03/14/2025 | 17 | TRANSCRIPT of Proceedings as to Jared Solomon re: Conference held on 3/10/2025 before Judge Loretta A. Preska. Court Reporter/Transcriber: Alena Lynch, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/4/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/12/2025. (McGuirk, Kelly) (Entered: 03/14/2025) |
| 03/14/2025 | 18 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Conference proceeding held on 3/10/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 03/14/2025) |
| 03/21/2025 | 19 | FIRST LETTER MOTION addressed to Judge Loretta A. Preska from Peter Toumbekis, Esq. dated March 21, 2025 re: Request to Travel next week . Document filed by Jared Solomon. (Attachments: # 1 Exhibit Flight and Hotel Itinerary)(Toumbekis, Peter) (Entered: 03/21/2025) |
| 03/21/2025 | 20 | ENDORSED LETTER as to Jared Solomon addressed to Judge Loretta A. Preska from Peter Toumbekis, Esq. dated March 21, 2025 re: On behalf of the Defendant, I am respectfully requesting permission for Mr. Solomon to travel to Snowmass Village, Colorado from Monday, March 24, 2025 to Saturday, March 29, 2025.... I have attached a copy of the flight itinerary and hotel confirmation. ENDORSEMENT: Defendant's request to travel to Colorado from March 24, 2025 to March 29, 2025 is GRANTED. The Clerk of the Court shall close dkt. no. 19. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/21/2025) (bw) (Entered: 03/21/2025) |
| 04/17/2025 | 21 | LETTER MOTION addressed to Judge Loretta A. Preska from AUSA Varun A. Gumaste dated April 17, 2025 re: Adjournment of Status Conference . Document filed by USA as to Jared Solomon. (Gumaste, Varun) (Entered: 04/17/2025) |
| 04/18/2025 | 22 | ENDORSED LETTER as to Jared Solomon addressed to Judge Loretta A. Preska from AUSA Varun A. Gumaste dated April 17, 2025 re: The parties jointly submit this letter requesting a three−week adjournment of the status conference currently scheduled for Monday, April 21, 2025, at 10:30 a.m.... ENDORSEMENT: The conference currently scheduled for April 21, 2025 is adjourned to May 13, 2025 at 11 a.m. Time is excluded from April 21, 2025 until May 13, 2025 pursuant to the provisions of the Speedy Trial |

| | | |
|---|---|---|
| | | Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of the Court shall close docket number 21. SO ORDERED. ( Status Conference set for 5/13/2025 at 11:00 AM before Judge Loretta A. Preska. )(Signed by Judge Loretta A. Preska on 4/18/2025) (bw) (Entered: 04/18/2025) |
| 05/08/2025 | 23 | JOINT LETTER MOTION addressed to Judge Loretta A. Preska from USA dated May 8, 2025 re: Request to Schedule Change of Plea . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 05/08/2025) |
| 05/08/2025 | 24 | MEMO ENDORSEMENT as to Jared Solomon (1) granting 23 JOINT LETTER MOTION addressed to Judge Loretta A. Preska from USA dated May 8, 2025 re: Request to Schedule Change of Plea. ENDORSEMENT: The parties' request is GRANTED. The hearing currently scheduled for May 13, 2025 is adjourned and a change of plea hearing will be held on May 29, 2025 at 11:30 a.m. The time from May 13, 2025 to May 29, 2025 is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice. The Clerk of the Court shall close docket number 23. (Signed by Judge Loretta A. Preska on 5/8/2025) (ap) (Entered: 05/08/2025) |
| 05/09/2025 | 25 | NOTICE OF ATTORNEY APPEARANCE: Michael Thomas Jaccarino appearing for Jared Solomon. Appearance Type: Retained. (Jaccarino, Michael) (Entered: 05/09/2025) |
| 05/09/2025 | 26 | NOTICE OF ATTORNEY APPEARANCE: Arthur Louis Aidala appearing for Jared Solomon. Appearance Type: Retained. (Aidala, Arthur) (Entered: 05/09/2025) |
| 05/09/2025 | 27 | NOTICE OF ATTORNEY APPEARANCE: Lino Joseph De Masi appearing for Jared Solomon. Appearance Type: Retained. (De Masi, Lino) (Entered: 05/09/2025) |
| 05/17/2025 | 28 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated May 17, 2025 re: Joint Update and Request to Enter Motions Schedule . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 05/17/2025) |
| 05/21/2025 | 29 | MEMO ENDORSEMENT as to Jared Solomon (1) on 28 LETTER MOTION addressed to Judge Loretta A. Preska from USA dated May 17, 2025 re: Joint Update and Request to Enter Motions Schedule. ENDORSEMENT: The Court hereby adopts the parties' proposed briefing schedule for pretrial motions. The hearing currently scheduled for May 29, 2025 is adjourned to September 3, 2025 at 10:30 a.m. The time from May 29, 2025 to September 3, 2025 is excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The Clerk of the Court shall close dkt. no. 28. (Signed by Judge Loretta A. Preska on 5/21/2025) (ap) (Entered: 05/21/2025) |
| 06/25/2025 | 30 | JOINT LETTER MOTION addressed to Judge Loretta A. Preska from USA dated June 25, 2025 re: Adjournment Request . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 06/25/2025) |
| 06/26/2025 | 31 | MEMO ENDORSEMENT 30 LETTER MOTION as to Jared Solomon (1)....ENDORSEMENT...SO ORDERED (Signed by Judge Loretta A. Preska on 6/26/25) (jw) (Entered: 06/26/2025) |
| 07/28/2025 | 32 | LETTER MOTION addressed to Judge Loretta A. Preska from Peter Toumbekis, Esq. dated July 28, 2025 re: Two Week Adjournment to file Defendant's Motions . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 07/28/2025) |
| 07/28/2025 | 33 | MOTION for Arthur L. Aidala, Esq. to Withdraw as Attorney . Document filed by Jared Solomon. (Aidala, Arthur) (Entered: 07/28/2025) |
| 07/30/2025 | 34 | MEMO ENDORSEMENT as to Jared Solomon granting 33 MOTION for Arthur L. Aidala, Esq. to Withdraw as Attorney. ENDORSEMENT: GRANTED. SO ORDERED. (Attorney Michael Thomas Jaccarino; Arthur Louis Aidala and Lino Joseph De Masi terminated in case as to Jared Solomon) (Signed by Judge Loretta A. Preska on 7/30/2025)(lnl) (Entered: 07/30/2025) |
| 07/30/2025 | 35 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Jared Solomon: The Court is in receipt of Defendant's letter request, dated July 28, 2025, for a two−week extension of the July 28, 2025 deadline for Defendant to submit his motions. (Dkt. no. 32.) The Government objects to Defendant's request. (See dkt. no. 32.) Given the case has been pending for seven months without the filing of any motions, Defendant's |

| | | |
|---|---|---|
| | | request is denied. Instead, the Court permits Defendant a one−week extension of the motions schedule. The parties shall file their submissions by the deadlines outlined below. Defendant's Motions: August 4, 2025 Government's Opposition: September 3, 2025 Defendant's Reply: September 17, 2025 Oral Argument/Hearing Date (if necessary): September 29, 2025 The time between August 25, 2025 and September 29, 2025 is excluded pursuant to the provisions of the Speedy Trial Act i the interests of justice. SO ORDERED. (Motions due by 8/4/2025. Responses due by 9/3/2025. Replies due by 9/17/2025.) (Time excluded from 8/25/2025 until 9/29/2025) (Signed by Judge Loretta A. Preska on 7/30/2025) (lnl) (Entered: 07/30/2025) |
| 08/04/2025 | 36 | FIRST MOTION to Dismiss . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 08/04/2025) |
| 09/03/2025 | 37 | MEMORANDUM in Opposition by USA as to Jared Solomon re 36 FIRST MOTION to Dismiss .. (Margulies, Adam) (Entered: 09/03/2025) |
| 09/18/2025 | 38 | FIRST REPLY MEMORANDUM OF LAW in Support as to Jared Solomon re: 36 FIRST MOTION to Dismiss . . (Toumbekis, Peter) (Entered: 09/18/2025) |
| 10/14/2025 | 39 | MEMORANDUM & ORDER as to Jared Solomon. The Defendant's motion to dismiss the Indictment is denied. The parties shall appear for a conference on October 28, 2025 at 10:30 a.m. The Clerk of the Court shall close docket number 36. (Status Conference set for 10/28/2025 at 10:30 AM before Judge Loretta A. Preska) (See ORDER set forth) (Signed by Judge Loretta A. Preska on 10/14/2025) (ap) (Entered: 10/14/2025) |
| 10/21/2025 | 40 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated October 21, 2025 re: Exclusion of Time . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 10/21/2025) |
| 10/23/2025 | 41 | MEMO ENDORSEMENT as to Jared Solomon on re: 40 LETTER MOTION filed by USA addressed to Judge Loretta A. Preska from USA (AUSA Adam Z. Margulies) dated October 21, 2025 re: Exclusion of Time.... requesting that the Court exclude time under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), until October 28, 2025. ENDORSEMENT: SO ORDERED. The Clerk of the Court shall close docket number 40. (Signed by Judge Loretta A. Preska on 10/22/2025) (bw) (Entered: 10/23/2025) |
| 10/26/2025 | 42 | FIRST MOTION for Reconsideration re 39 Order, Set Hearings,, . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 10/26/2025) |
| 10/27/2025 | 43 | MEMO ENDORSEMENT 42 Motion for Reconsideration re 42 FIRST MOTION for Reconsideration re 39 Order, Set Hearing....ENDORSEMENT...The motion is denied (dkt. no 42) (Signed by Judge Loretta A. Preska on 10/27/25) (jw) (Entered: 10/27/2025) |
| 10/28/2025 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Status Conference as to Jared Solomon held on 10/28/2025. Defendant present with his attorney Peter Toumbekis. AUSA Varun Gumaste present. Conference Held. Trial scheduled for April 13, 2026 at 10:00 am. Expert discovery due by February 13, 2026; Rule 404b due by March 6, 2026; motions in limine due March 13, 2026; Oppositions to Motions in limine due March 20, 206Joint Voir Dire and Requests to Charge due by March 27, 2026; 3500 due by March 30, 2036; Witness and exhibit lists due by April 6, 2026. Time is excluded from today, until April 13, 2026 from calculation under the speedy trial act in the interest of justice. (Discovery due by 2/13/2026. Motions due by 3/13/2026. Responses due by 3/20/2026. Jury Trial set for 4/13/2026 at 10:00 AM before Judge Loretta A. Preska) (Court Reporter Rebecca Forman) (ap) (Entered: 10/28/2025) |
| 12/10/2025 | 44 | FIRST MOTION in Limine . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 12/10/2025) |
| 12/23/2025 | 45 | MEMORANDUM in Opposition by USA as to Jared Solomon re 44 FIRST MOTION in Limine .. *and Government's First Motion in Limine* (Margulies, Adam) (Entered: 12/23/2025) |
| 01/05/2026 | 46 | REPLY MEMORANDUM OF LAW in Support as to Jared Solomon re: 44 FIRST MOTION in Limine . . (Toumbekis, Peter) (Entered: 01/05/2026) |

| | | |
|---|---|---|
| 02/05/2026 | 47 | (S1) SUPERSEDING UNREDACTED INDICTMENT FILED as to Jared Solomon. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 02/05/2026) |
| 02/05/2026 | 48 | (S1) SUPERSEDING REDACTED INDICTMENT FILED as to Jared Solomon (1) count(s) 1s, 2s, 3s. (jm) (Entered: 02/05/2026) |
| 02/17/2026 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Defendant appears with counsel Mr. Toumbekis; AUSA Margulies also appears. Arraignment as to Jared Solomon (1) Count 1s,2s,3s Jared Solomon (1) Count 1s,2s,3s held on 2/17/2026., Plea entered by Jared Solomon (1) Count 1s,2s,3s Jared Solomon (1) Count 1s,2s,3s Not Guilty. Conference before USDJ on 4/13/26 with Speedy Trial Time excluded. (jm) (Entered: 02/17/2026) |
| 02/17/2026 | 49 | Brady ORDER as to Jared Solomon. (Signed by Magistrate Judge Sarah Netburn on 2/17/26)(jm) (Entered: 02/17/2026) |
| 02/24/2026 | 50 | NOTICE OF ATTORNEY APPEARANCE Joe Zabel appearing for USA. (Zabel, Joe) (Entered: 02/24/2026) |
| 02/25/2026 | 51 | NOTICE OF ATTORNEY APPEARANCE Rita Kathleen Maxwell appearing for USA. (Maxwell, Rita) (Entered: 02/25/2026) |
| 03/05/2026 | 52 | LETTER MOTION addressed to Judge Loretta A. Preska from Peter Toumbekis, Esq. dated March 5, 2026 re: Adjourn Trial date by one day . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 03/05/2026) |
| 03/05/2026 | 53 | OPINION & ORDER as to Jared Solomon: the Government's motion to preclude Defendant from offering evidence or argument regarding VC−1's securities filings is GRANTED. Defendant's motion to bar the Government from presenting evidence that is inconsistent with VC−1's filings is DENIED AS MOOT. The Court reserves judgment on Defendant's motion for the first proposed jury instruction. All of Defendant's other motions are DENIED. The Clerk of the Court shall close docket number 44. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/5/2026) (lnl) (Entered: 03/05/2026) |
| 03/11/2026 | 54 | ORDER as to (24−Cr−665−1) Jared Solomon. Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include mental health evaluation/treatment as directed by Pretrial Services. SO ORDERED: (Signed by Judge Loretta A. Preska on 3/11/2026) (bw) (Entered: 03/11/2026) |
| 03/11/2026 | 55 | ORDER as to Jared Solomon. Trial in this matter, previously scheduled to commence on April 13, 2026, will now begin on April 14, 2026, at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007. The Clerk of the Court shall close docket number 52. SO ORDERED. ( Jury Trial set for 4/14/2026 at 10:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. ) (Signed by Judge Loretta A. Preska on 3/11/2026) (bw) (Entered: 03/11/2026) |
| 03/13/2026 | 56 | NOTICE OF ATTORNEY APPEARANCE Daniel Charles Richenthal appearing for USA. (Richenthal, Daniel) (Entered: 03/13/2026) |
| 03/13/2026 | 57 | MOTION in Limine . Document filed by Jared Solomon. (Attachments: # 1 Exhibit March 6, 2026 Letter 404b, # 2 Exhibit IRS Transcripts for 2022 2023 2024)(Toumbekis, Peter) (Entered: 03/13/2026) |
| 03/13/2026 | 58 | MOTION in Limine . Document filed by USA as to Jared Solomon. (Attachments: # 1 Exhibit A − Proffer Agreement)(Margulies, Adam) (Entered: 03/13/2026) |
| 03/17/2026 | 59 | MEMORANDUM in Opposition by Jared Solomon re 58 MOTION in Limine .. (Toumbekis, Peter) (Entered: 03/17/2026) |
| 03/17/2026 | 60 | MOTION to Preclude . Document filed by Jared Solomon. (Attachments: # 1 Exhibit Letter dated March 16 2026 from Government)(Toumbekis, Peter) (Entered: 03/17/2026) |
| 03/17/2026 | 61 | (S2) SUPERSEDING UNREDACTED INDICTMENT FILED as to Jared Solomon. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 03/18/2026) |

| | | |
|---|---|---|
| 03/17/2026 | 62 | (S2) SUPERSEDING REDACTED INDICTMENT FILED as to Jared Solomon (1) count(s) 1ss, 2ss, 3ss−4ss. (jm) (Entered: 03/18/2026) |
| 03/18/2026 | 63 | TRANSCRIPT of Proceedings as to Jared Solomon re: Conference held on 3/10/25 before Judge Loretta A. Preska. Court Reporter/Transcriber: Alena Lynch, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/8/2026. Redacted Transcript Deadline set for 4/20/2026. Release of Transcript Restriction set for 6/16/2026. (Moya, Goretti) (Entered: 03/18/2026) |
| 03/18/2026 | 64 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Conference proceeding held on 3/10/25 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/18/2026) |
| 03/19/2026 | 65 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated March 19, 2026 re: Pre−Trial Disclosures . Document filed by USA as to Jared Solomon. (Zabel, Joe) (Entered: 03/19/2026) |
| 03/19/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Arraignment as to (S2 24−Cr−665) Jared Solomon (1) Count 1ss,2ss,3ss−4ss held on 3/19/2026. Arraignment and Conference Held. Defendant present with his attorney Peter Toumbekis. AUSA present. The defendant is arraigned on the S2 Indictment and enters a plea of not guilty. Discovery and trial issues discussed. The request to adjourn the trial is denied. ( Plea entered by Jared Solomon (1) Count 1ss,2ss,3ss−4ss −− Not Guilty. ) (bw) (Entered: 03/19/2026) |
| 03/20/2026 | 66 | MEMORANDUM in Opposition by USA as to Jared Solomon re 60 MOTION to Preclude ., 57 MOTION in Limine .. (Attachments: # 1 Exhibit A)(Zabel, Joe) (Entered: 03/20/2026) |
| 03/24/2026 | 67 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated March 24, 2026 re: the Government respectfully writes, with the consent of the defendant, to request that the Court order certain agreed−upon pretrial and trial−related deadlines. . Document filed by USA as to Jared Solomon. (Maxwell, Rita) (Entered: 03/24/2026) |
| 03/25/2026 | 68 | MEMO ENDORSEMENT as to Jared Solomon (1) granting 67 LETTER MOTION addressed to Judge Loretta A. Preska from USA dated March 24, 2026 re: the Government respectfully writes, with the consent of the defendant, to request that the Court order certain agreed−upon pretrial and trial−related deadlines. ENDORSEMENT: SO ORDERED. The Clerk of the Court shall close docket number 67. (Signed by Judge Loretta A. Preska on 3/25/2026) (lnl) (Entered: 03/25/2026) |
| 03/27/2026 | 69 | Request To Charge by USA as to Jared Solomon. (Attachments: # 1 Supplement Proposed Verdict Sheet)(Zabel, Joe) (Entered: 03/27/2026) |
| 03/27/2026 | 70 | PROPOSED EXAMINATION OF JURORS by USA as to Jared Solomon. (Zabel, Joe) (Entered: 03/27/2026) |
| 03/27/2026 | 71 | TRANSCRIPT of Proceedings as to Jared Solomon re: Conference held on 10/28/25 before Judge Loretta A. Preska. Court Reporter/Transcriber: Rebecca Forman, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/17/2026. Redacted Transcript Deadline set for 4/27/2026. Release of Transcript Restriction set for 6/25/2026. (Moya, Goretti) (Entered: 03/27/2026) |
| 03/27/2026 | 72 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Conference proceeding held on 10/28/25 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/27/2026) |

| | | |
|---|---|---|
| 03/27/2026 | 73 | TRANSCRIPT of Proceedings as to Jared Solomon re: Arraignment held on 3/19/26 before Judge Loretta A. Preska. Court Reporter/Transcriber: Martha Martin, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/17/2026. Redacted Transcript Deadline set for 4/27/2026. Release of Transcript Restriction set for 6/25/2026. (Moya, Goretti) (Entered: 03/27/2026) |
| 03/27/2026 | 74 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Arraignment proceeding held on 3/19/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/27/2026) |
| 04/02/2026 | 75 | MOTION to Compel ., MOTION to Dismiss . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 04/02/2026) |
| 04/08/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Pretrial Conference as to Jared Solomon held on 4/8/2026. Defendant present with his attorney Peter Toumbekis. AUSAs Adam Margulies, Daniel Richenthal, Joe Zabel, and Rita Maxwell present. Final pretrial conference held. The defendant's motion to compel and to dismiss are denied. The defendant is allocuted on his rejection of all plea offers. Trial logistics discussed. (Court Reporter Raquel Robles) (ap) (Entered: 04/08/2026) |
| 04/09/2026 | 76 | LETTER MOTION addressed to Judge Loretta A. Preska from Peter Toumbekis dated April 9, 2026 re: Letter Motion for Authorization to Bring Electronic Devices into the Courthouse . Document filed by Jared Solomon. (Toumbekis, Peter) (Entered: 04/09/2026) |
| 04/14/2026 | 77 | Minute Entry for proceedings held before Judge Loretta A. Preska: Bond Hearing as to Jared Solomon held on 4/14/2026. AUSA Adam Margulies present for the Government. Defendant present with attorney Peter Toumbekis. BAIL DISPOSITION: Home Detention; Location monitoring technology as directed by PTS; GPS. (job) (Entered: 04/14/2026) |
| 04/14/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Bail Review Hearing as to Jared Solomon held on 4/14/2026. Bail Review Hearing Held. Defendant present with his attorney Peter Toumbekis. AUSAs Adam Margulies, Daniel Richenthal, Joe Zabel, and Rita Maxwell present. Bail Review Hearing held. The defendant's bail conditions are modified to include home detention with GPS monitoring. (bw) (Entered: 04/15/2026) |
| 04/14/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Voir Dire held on 4/14/2026 as to Jared Solomon. Trial Held. Defendant present with his attorney Peter Toumbekis. AUSAs Adam Margulies, Daniel Richenthal, Joe Zabel, and Rita Maxwell present. Jury selection begins and concludes. Government opening statements. Defense opening statements. Testimony begins. Trial adjourned to Wednesday, April 15, 2026 at 10:00 am. (Court Reporters: Devon Gerber and Lisa O'Brien) (bw) (Entered: 04/16/2026) |
| 04/15/2026 | 78 | LETTER by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated April 15, 2026 re: statements made by defense counsel during the defense opening statement that contradicted the defendant's prior proffer statements and that open the door to the Government's use of those proffer statements at trial. Document filed by USA. (Attachments: # 1 Exhibit Proffer Agreement)(Maxwell, Rita) (Entered: 04/15/2026) |
| 04/15/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Jury Trial as to Jared Solomon held on 4/15/2026. Trial Continues. Testimony and evidence taken. Trial adjourned to Thursday, April 16, 2026 at 10:00 am. (Court Reporters: Devon Gerber and Lisa O'Brien) (bw) (Entered: 04/16/2026) |
| 04/16/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Jury Trial as to Jared Solomon held on 4/16/2026. Trial Continues. Testimony and evidence taken. Trial adjourned to Monday, April 20, 2026 at 10:00 am. (Court Reporters: Devon Gerber and Lisa O'Brien). ( Jury Trial set for 4/20/2026 at 10:00 AM before Judge |

| | | |
|---|---|---|
| | | Loretta A. Preska. ) (bw) (Entered: 04/16/2026) |
| 04/16/2026 | 79 | TRANSCRIPT of Proceedings as to Jared Solomon re: Conference held on 4/8/26 before Judge Loretta A. Preska. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2026. Redacted Transcript Deadline set for 5/18/2026. Release of Transcript Restriction set for 7/15/2026. (Moya, Goretti) (Entered: 04/16/2026) |
| 04/16/2026 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Conference proceeding held on 4/8/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 04/16/2026) |
| 04/17/2026 | 81 | LETTER by Jared Solomon addressed to Judge Loretta A. Preska from Peter Toumbekis, Esq. dated April 17, 2026 re: Government's Letter dated April 15, 2026 (Toumbekis, Peter) (Entered: 04/17/2026) |
| 04/18/2026 | 82 | LETTER by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated April 18, 2026 re: reply in further support regarding use of statements made by defense counsel during the defense opening statement that contradicted the defendant's prior proffer statements and that open the door to the Government's use of those proffer statements at trial Document filed by USA. (Zabel, Joe) (Entered: 04/18/2026) |
| 04/19/2026 | 83 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated April 19, 2026 re: Precluding Defense Counsel's Improper Statements . Document filed by USA as to Jared Solomon. (Zabel, Joe) (Entered: 04/19/2026) |
| 04/19/2026 | 84 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated April 19, 2026 re: Request to Charge . Document filed by USA as to Jared Solomon. (Attachments: # 1 Exhibit Redline of Jury Charge)(Zabel, Joe) (Entered: 04/19/2026) |
| 04/20/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Jury Trial as to Jared Solomon held on 4/20/2026. Defendant present with his attorney Peter Toumbekis. AUSAs Adam Margulies, Daniel Richenthal, Joe Zabel, and Rita Maxwell present. Testimony and evidence taken. The government rests; the defendant is allocuted on his right to testify on his own behalf; the defense rests. Charge conference held. (Court Reporter Devon Gerber and Lisa OBrien) (ap) (Entered: 04/22/2026) |
| 04/21/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Jury Trial as to Jared Solomon held on 4/21/2026. Government closing statements; defense closing statements; government rebuttal statements; jury charged; deliberations begin and conclude. Jury verdict of guilty on all 4 counts. Sentencing scheduled for August 4, 2026 at 10:00 am. PSI ordered. (Sentencing set for 8/4/2026 at 10:00 AM before Judge Loretta A. Preska) (Court Reporter Devon Gerber and Lisa O'Brien) (ap) (Entered: 04/30/2026) |
| 04/21/2026 | | JURY VERDICT as to Jared Solomon (1) Guilty on Count 1ss,2ss,3ss−4ss. (ap) (Entered: 04/30/2026) |
| 04/21/2026 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Jared Solomon. (Signed by Judge Loretta A. Preska on 4/21/2026) (ap) (Entered: 04/30/2026) |
| 04/22/2026 | 85 | VERDICT FORM as to USA V. Jared Solomon, S2 24 Cr. 665 (LAP). Dated: 4/21/2026. [Ct. Ex. 7] (bw) (Entered: 04/22/2026) |
| 05/13/2026 | 86 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated May 13, 2026 re: Forfeiture . Document filed by USA as to Jared Solomon. (Attachments: # 1 Exhibit A − Proposed Preliminary Order of Forfeiture, # 2 Exhibit B − Porsche Records)(Margulies, Adam) (Entered: 05/13/2026) |

| | | |
|---|---|---|
| 05/15/2026 | 87 | MOTION for Peter Toumbekis to Withdraw as Attorney . Document filed by Jared Solomon. (Attachments: # 1 Exhibit Letter of Financial position)(Toumbekis, Peter) (Entered: 05/15/2026) |
| 05/15/2026 | 88 | ORDER as to Jared Solomon. Based on representations from counsel and the record, the Court determines that Mr. Solomon is eligible for the appointment of CJA counsel. See 18 U.S.C. § 3006A(b); United States v. Parker, 439 F.3d 81, 98 (2d Cir. 2006) ("The district judge is [] entitled to make his financial eligibility determination based on the entire record"). The Court hereby terminates Mr. Peter Toumbekiss representation of Mr. Solomon in this matter and appoints Mr. Anthony Cecutti to represent Defendant. Within two weeks of the date of this order, Mr. Solomon shall submit a standard CJA financial affidavit to the Court. See 18 U.S.C. § 3006A(c). The Clerk of Court shall: 1) terminate Mr. Peter Toumbekis's appearance as counsel of record for the Defendant in this matter 2) inform Mr. Anthony Cecutti of his appointment, and 3) close docket number 87. SO ORDERED. (Signed by Judge Loretta A. Preska on 5/15/2026) (bw) (Entered: 05/15/2026) |
| 05/15/2026 | | Attorney update in case as to Jared Solomon. Attorney Peter Toumbekis terminated. [*** Note: Refer to Order, Doc.# 88 . ***](bw) (Entered: 05/15/2026) |
| 05/15/2026 | | Attorney update in case as to Jared Solomon. Attorney Anthony Cecutti for Jared Solomon added. [*** Note: Refer to Order, Doc.# 88 . ***] (bw) (Entered: 05/15/2026) |
| 06/23/2026 | 89 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated June 23, 2026 re: Request for Scheduling Order . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 06/23/2026) |
| 06/23/2026 | | MEMO ENDORSEMENT as to Jared Solomon (1) on 89 LETTER MOTION addressed to Judge Loretta A. Preska from USA dated June 23, 2026 re: Request for Scheduling Order. ENDORSEMENT: Any opposition to entry of the Proposed Preliminary Order of Forfeiture shall be filed no later than June 29. (Signed by Judge Loretta A. Preska on 6/23/2026) (ap) (Entered: 06/23/2026) |
| 06/23/2026 | | Set/Reset Deadlines as to Jared Solomon: Responses due by 6/29/2026. (ap) (Entered: 06/23/2026) |
| 06/24/2026 | 90 | ORDER as to Jared Solomon. The Court is willing to consider a bail application from Mr. Solomon. For any application to be ruled on by June 29, 2026, such application must be docketed no later than 9:00 AM on June 25, 2026. The Government may file any opposition no later than 9:00 AM on June 26, 2026. If necessary, the Court will hold a bail hearing on June 29, 2026, at 11:30 AM in Courtroom 12A of 500 Pearl Street, New York, NY 10007. SO ORDERED. ( Bail Hearing set for 6/29/2026 at 11:30 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. ) (Signed by Judge Loretta A. Preska on 6/24/2026) (bw) (Entered: 06/24/2026) |
| 06/25/2026 | 91 | MOTION for Bond . Document filed by Jared Solomon. (Cecutti, Anthony) (Entered: 06/25/2026) |
| 06/26/2026 | 92 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated June 26, 2026 re: the Government respectfully requests, with the consent of the defense, that the Court endorse the enclosed modified protective order. . Document filed by USA as to Jared Solomon. (Attachments: # 1 Proposed Order Proposed Modified Protective Order)(Maxwell, Rita) (Entered: 06/26/2026) |
| 06/26/2026 | 93 | RESPONSE in Opposition by USA as to Jared Solomon re: 91 MOTION for Bond .. (Attachments: # 1 Exhibit A − Sealed Exhibit, # 2 Exhibit B − Sealed Exhibit, # 3 Exhibit C − White Plains Report, # 4 Exhibit D − Pretrial Text, # 5 Exhibit E − Pretrial Email, # 6 Exhibit F − Sealed Exhibit, # 7 Exhibit G − Inventory, # 8 Exhibit H − Sealed Exhibit, # 9 Exhibit I − Sealed Exhibit)(Margulies, Adam) (Entered: 06/26/2026) |
| 06/29/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Bond Hearing as to Jared Solomon held on 6/29/2026. Defendant present with his attorney Anthony Cecutti. AUSAs Adam Margulies and Rita Maxwell present with Pretrial Services Officer Vanessa Perdomo. The defendant's request for bail is denied. The govt shall look into the clothing issue as well as transferring the defendant to another facility. |

| | | |
|---|---|---|
| | | (Court Reporter: Dana Holland) (lnl) (Entered: 06/29/2026) |
| 06/30/2026 | 94 | PROTECTIVE ORDER as to Jared Solomon...regarding procedures to be followed that shall govern the handling of confidential material... Terminated Motion(s): 92 LETTER MOTION addressed to Judge Loretta A. Preska from USA dated June 26, 2026 re: the Government respectfully requests, with the consent of the defense, that the Court endorse the enclosed modified protective order filed by USA. (Signed by Judge Loretta A. Preska on 6/29/26)(jw) (Entered: 06/30/2026) |
| 07/06/2026 | 95 | LETTER by Jared Solomon addressed to Judge Loretta A. Preska from Anthony Cecutti dated July 6, 2026 re: Response to Government's Request for Preliminary Order of Forfeiture (Cecutti, Anthony) (Entered: 07/06/2026) |
| 07/06/2026 | 96 | PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY/MONEY JUDGMENT as to Jared Solomon. (Signed by Judge Loretta A. Preska on 7/6/26)(jw) (Entered: 07/06/2026) |
| 07/15/2026 | 97 | TRANSCRIPT of Proceedings as to Jared Solomon re: Hearing held on 6/29/26 before Judge Loretta A. Preska. Court Reporter/Transcriber: Dana Holland, (212) 805−0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2026. Redacted Transcript Deadline set for 8/17/2026. Release of Transcript Restriction set for 10/13/2026. (Moya, Goretti) (Entered: 07/15/2026) |
| 07/15/2026 | 98 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Hearing proceeding held on 6/29/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 07/15/2026) |
| 07/21/2026 | 99 | LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated July 21, 2026 re: 60−Day Adjournment of Sentencing . Document filed by Jared Solomon. (Cecutti, Anthony) (Entered: 07/21/2026) |
| 07/23/2026 | 100 | ORDER as to Jared Solomon. The sentencing previously scheduled for August 3, 2026, is adjourned. Sentencing in this matter shall now occur on October 5, 2026, at 2:00 PM. Counsel for Mr. Solomon shall file any objections to the presentence report by August 11, 2026. The Clerk of Court shall close docket number 99. SO ORDERED. ( Sentencing set for 10/5/2026 at 02:00 PM before Judge Loretta A. Preska. ) (Signed by Judge Loretta A. Preska on 7/23/2026) (bw) (Entered: 07/23/2026) |
| 08/16/2026 | 101 | NOTICE OF ATTORNEY APPEARANCE: Roland Gustaf Riopelle appearing for Jared Solomon. Appearance Type: Retained. *Appearing for Petitioner Brooke Kaye* (Riopelle, Roland) (Entered: 08/16/2026) |
| 08/16/2026 | 102 | PETITION IN RESPONSE TO FORFEITURE ORDER by Jared Solomon re: 96 Order for Forfeiture of Property . (Attachments: # 1 Affidavit Verification, # 2 Exhibit Preliminary Order, # 3 Exhibit Certificate of Marriage and Deed, # 4 Exhibit Share Certificate)(Riopelle, Roland) (Entered: 08/16/2026) |
| 08/18/2026 | 103 | ENDORSED LETTER as to Jared Solomon addressed to Judge Loretta A. Preska from Roland G. Riopelle dated 8/18/2026 re: I respectfully request that the Court enter an order directing the Clerks Office to permit me to appear on behalf of Ms. Kaye, and directing the Clerks Office to modify the Notice of Appearance filed at Dkt. No. 101 to indicate that it is filed to notice my appearance for Ms. Kaye, not Mr. Solomon....ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 8/18/2026)(jw) (Entered: 08/18/2026) |
| 09/24/2026 | 105 | LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated September 23, 2026 re: Adjournment of Sentencing . Document filed by Jared Solomon. (Cecutti, Anthony) (Entered: 09/24/2026) |
| 09/25/2026 | 106 | LETTER by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated September 25, 2026 re: opposition to the defendant's request for a 60−day |

| | | |
|---|---|---|
| | | adjournment of his sentencing. Document filed by USA. (Maxwell, Rita) (Entered: 09/25/2026) |
| 09/25/2026 | 107 | MEMO ENDORSEMENT 105 LETTER MOTION as to Jared Solomon (1)....ENDORSEMENT...Sentencing in this matter shall be adjourned from October 5, 2026 to October 27, 2026 at 10:00am (Signed by Judge Loretta A. Preska on 9/25/26) (jw) (Entered: 09/25/2026) |
| 09/25/2026 | | Set/Reset Deadlines/Hearings as to Jared Solomon: Sentencing set for 10/27/2026 at 10:00 AM before Judge Loretta A. Preska (jw) (Entered: 09/25/2026) |
| 10/09/2026 | 108 | LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 9, 2026 re: Adjournment of Sentencing . Document filed by Jared Solomon. (Cecutti, Anthony) (Entered: 10/09/2026) |
| 10/12/2026 | 109 | LETTER by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated October 12, 2026 re: opposition to the defendant's third request for an adjournment of his sentencing Document filed by USA. (Zabel, Joe) (Entered: 10/12/2026) |
| 10/13/2026 | 110 | LETTER REPLY TO RESPONSE to Motion by Jared Solomon addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 13, 2026 re 108 LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 9, 2026 re: Adjournment of Sentencing .. (Cecutti, Anthony) (Entered: 10/13/2026) |
| 10/13/2026 | 111 | ORDER as to Jared Solomon. The sentencing previously scheduled for October 27, 2026, is adjourned. To permit Mr. Solomon's parents to attend the proceeding, sentencing in this matter shall now occur on November 5, 2026, at 11:00 AM. The Clerk of Court shall close docket number 108. ( Sentencing set for 11/5/2026 at 11:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 10/13/26)(jw) (Entered: 10/13/2026) |
| 10/22/2026 | 112 | LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 22, 2026 re: Adjournment of Sentencing . Document filed by Jared Solomon. (Cecutti, Anthony) (Entered: 10/22/2026) |
| 10/22/2026 | 113 | LETTER by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated October 22, 2026 re: opposition to the defendant's fourth request for an adjournment of his sentencing Document filed by USA. (Zabel, Joe) (Entered: 10/22/2026) |
| 10/22/2026 | 114 | NOTICE of Notice of Attorney Appearance (Vornado) as to Jared Solomon (Levin, Sharon) (Entered: 10/23/2026) |
| 10/23/2026 | 115 | LETTER REPLY TO RESPONSE to Motion by Jared Solomon addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 23, 2026 re 112 LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 22, 2026 re: Adjournment of Sentencing .. (Cecutti, Anthony) (Entered: 10/23/2026) |
| 10/23/2026 | 116 | LETTER by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated October 23, 2026 re: response to the defendant's reply in further support of his request to adjourn sentencing. Document filed by USA. (Maxwell, Rita) (Entered: 10/23/2026) |
| 10/23/2026 | 117 | MOTION to Quash *James Solomon subpoena to Vornado Realty Trust*. Document filed by Vornado Realty Trust as to Jared Solomon. (Levin, Sharon) (Entered: 10/23/2026) |
| 10/23/2026 | 118 | DECLARATION of Steven Borenstein in Support by Vornado Realty Trust as to Jared Solomon re: 117 MOTION to Quash *James Solomon subpoena to Vornado Realty Trust*.. (Attachments: # 1 Exhibit Subpoena to Vornado Realty Trust)(Levin, Sharon) (Entered: 10/23/2026) |
| 10/23/2026 | 119 | MEMORANDUM in Support by Vornado Realty Trust as to Jared Solomon re 117 MOTION to Quash *James Solomon subpoena to Vornado Realty Trust*.. (Levin, Sharon) (Entered: 10/23/2026) |

| | | |
|---|---|---|
| 10/23/2026 | 120 | MOTION to Quash *by Vornado Realty Trust and Great American Insurance Company*. Document filed by Vornado Realty Trust as to Jared Solomon. (Levin, Sharon) (Entered: 10/23/2026) |
| 10/23/2026 | 121 | DECLARATION of Caroline Dunn in Support by Vornado Realty Trust as to Jared Solomon re: 120 MOTION to Quash *by Vornado Realty Trust and Great American Insurance Company*.. (Attachments: # 1 Exhibit Subpoena to Great American Insurance)(Levin, Sharon) (Entered: 10/23/2026) |
| 10/23/2026 | 122 | MEMORANDUM in Support by Vornado Realty Trust as to Jared Solomon re 120 MOTION to Quash *by Vornado Realty Trust and Great American Insurance Company*.. (Levin, Sharon) (Entered: 10/23/2026) |
| 10/26/2026 | 123 | ORDER as to Jared Solomon. Defendant Solomon's request to extend his time to submit a sentencing submission is GRANTED until the Court can rule on Vornado's and Great American's motions to quash. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/24/2026) (bw) (Entered: 10/26/2026) |
| 10/26/2026 | 124 | ORDER as to Jared Solomon. Defendant's request to file a reply to the Government's response (dkt. no. 116) is GRANTED. Defendant may file a reply by noon on Tuesday, October 27, 2026. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/25/2026) (bw) (Entered: 10/26/2026) |
| 10/26/2026 | 125 | LETTER REPLY TO RESPONSE to Motion by Jared Solomon addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 26, 2026 re 112 LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated October 22, 2026 re: Adjournment of Sentencing .. (Cecutti, Anthony) (Entered: 10/26/2026) |
| 10/27/2026 | 126 | ORDER as to Jared Solomon. Currently pending before the Court are Defendant's motion to adjourn his sentencing and non−parties Vornado Realty Trust ("Vornado") and The Great American Insurance Company ("Great American") motions to quash the subpoenas authorized by the Court on October 16, 2026. (Dkt. nos. 112, 117, 120.) The filings before the Court are extensive. They include Defendant's requests for adjournment (dkt. no. 112), the Government's responses (dkt. nos. 113, 116), Defendant's responses (dkt. nos. 115, 125), Vornado's motion to quash the subpoena served on it (dkt. nos. 117−119), and Vornado and Great American's joint motion to quash the subpoena served on Great American (dkt. nos. 120−122). Defendant's letter responses address each category of records sought and each argument the movants raise, and the Court construes them as his opposition to the motions. Defendant has been fully heard, as have all other interested parties, and no further briefing is necessary.... [*** See this ORDER ***]... Accordingly, the motions to quash the October 16, 2026, subpoenas to Vornado and Great American (dkt. nos. 117, 120) are GRANTED. Defendant's request to adjourn sentencing (dkt. no. 112) is DENIED. Defendant shall file his sentencing submission no later than November 2, 2026. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/27/2026) (bw) (Entered: 10/27/2026) |
| 10/27/2026 | 127 | LETTER MOTION addressed to Judge Loretta A. Preska from USA dated Oct. 27, 2026 re: Government Sentencing Submission Deadline . Document filed by USA as to Jared Solomon. (Margulies, Adam) (Entered: 10/27/2026) |
| 10/27/2026 | 128 | MOTION to Dismiss *the Third−Party Petition of Brooke Kaye*. Document filed by USA as to Jared Solomon. (Maxwell, Rita) (Entered: 10/27/2026) |
| 10/27/2026 | 129 | MEMORANDUM OF LAW by USA as to Jared Solomon *Memorandum of Law in Support of the Government's Motion to Dismiss the Third−Party Petition of Brooke Kaye*. (Maxwell, Rita) (Entered: 10/27/2026) |
| 10/28/2026 | 130 | ENDORSED LETTER as to Jared Solomon addressed to Judge Loretta A. Preska from Adam Z. Margulies, Joseph Zabel, Rita Maxwell, Daniel C. Richenthal, Assistant United States Attorneys, dated October 27, 2026 re: The Government writes, in light of the adjournment of the defendant's deadline to file his sentencing submission to Monday, November 2, 2026 (Dkt. 126), to respectfully request a brief adjournment of the Government's sentencing submission deadline, to Tuesday, November 3, 2026. ENDORSEMENT: The underlined request is GRANTED. SO ORDERED. ( Government's sentencing submission due by 11/3/2026. ) (Signed by Judge Loretta A. Preska on 10/27/2026) (bw) (Entered: 10/28/2026) |

| | | |
|---|---|---|
| 10/29/2026 | 131 | ORDER as to Jared Solomon. Sentencing in this matter, previously scheduled for November 5, 2026, at 11:00 a.m., shall now occur on November 5, 2026, at 1:00 p.m., in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007. SO ORDERED. ( Sentencing set for 11/5/2026 at 01:00 PM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. ) (Signed by Judge Loretta A. Preska on 10/29/2026) (bw) (Entered: 10/29/2026) |
| 10/30/2026 | 132 | ENDORSED LETTER as to USA v. Jared Solomon addressed to Judge Loretta A. Preska from Jason Creech, Esq. Attorneys for Non−Party, Proposed Petitioner Wells Fargo Bank, NA., dated October 28, 2026 re: Non−Party Wells Fargo Bank, N.A.'s Request to be Added to ECF as a Non−Party or Interested Party to File a Petition for an Ancillary Hearing.... Accordingly, Wells Fargo respectfully requests that the Court add it to this action in ECF with the appropriate designation (i.e. interested party, non−party interested non−party, etc.) to permit Wells Fargo the ability to appear in this action and file a petition for an ancillary hearing to adjudicate its interest in the Property, Shares, and associated Proprietary Lease. ENDORSEMENT: The underlined request to add Wells Fargo to this action as an interested non−party is GRANTED. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/30/2026) (bw) (Entered: 10/30/2026) |
| 11/02/2026 | 133 | MEMORANDUM in Opposition by Brooke Kaye as to Jared Solomon re 128 MOTION to Dismiss *the Third−Party Petition of Brooke Kaye*.. (Riopelle, Roland) (Entered: 11/02/2026) |
| 11/03/2026 | 134 | SENTENCING SUBMISSION by Jared Solomon. (Attachments: # 1 Exhibit Letters, Work Performance Evaluation, Expert Letter)(Cecutti, Anthony) (Entered: 11/03/2026) |
| 11/03/2026 | 135 | NOTICE of of Appearance of Counsel for Petitioner Wells Fargo Bank, N.A. as to Jared Solomon (Creech, Jason) (Entered: 11/03/2026) |
| 11/03/2026 | 136 | FIRST PETITION IN RESPONSE TO FORFEITURE ORDER by Wells Fargo Bank, N.A. as to Jared Solomon . (Attachments: # 1 Affidavit Declaration in Support, # 2 Exhibit Exhibit 1 − Proprietary Lease, # 3 Exhibit Exhibit 2 − Note, # 4 Exhibit Exhibit 3 − Stock Certificate, # 5 Exhibit Exhibit 4 − Loan Security Agreement, # 6 Exhibit Exhibit 5 − Assignment of Lease and Consent to Assignment, # 7 Exhibit Exhibit 6 − Power of Attorney, # 8 Exhibit Exhibit 7 − Recognition Agreement, # 9 Exhibit Exhibit 8 − Assignment of Recognition Agreement_Redacted, # 10 Exhibit Exhibit 9 − UCC Financing Statement, # 11 Exhibit Exhibit 10 − Screenshot of Account Status_Redacted, # 12 Exhibit Exhibit 11 − Notice and Courts Preliminary Order of Forfeiture to Specific PropertyMoney Judgment dated July 6, 2026)(Creech, Jason) (Entered: 11/03/2026) |
| 11/04/2026 | 137 | SENTENCING SUBMISSION by USA as to Jared Solomon. (Maxwell, Rita) (Entered: 11/04/2026) |
| 11/04/2026 | 138 | SENTENCING SUBMISSION by Jared Solomon. (Cecutti, Anthony) (Entered: 11/04/2026) |
| 11/04/2026 | 139 | LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated November 4, 2026 re: Request for Mr. Solomon's Parents to Speak at Sentencing . Document filed by Jared Solomon. (Cecutti, Anthony) (Entered: 11/04/2026) |
| 11/04/2026 | 140 | LETTER RESPONSE in Opposition by USA as to Jared Solomon addressed to Judge Loretta A. Preska from USA dated November 4, 2026 re: 139 LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated November 4, 2026 re: Request for Mr. Solomon's Parents to Speak at Sentencing .. (Zabel, Joe) (Entered: 11/04/2026) |
| 11/05/2026 | 141 | LETTER REPLY TO RESPONSE to Motion by Jared Solomon addressed to Judge Loretta A. Preska from Anthony Cecutti dated November 4, 2026 re 139 LETTER MOTION addressed to Judge Loretta A. Preska from Anthony Cecutti dated November 4, 2026 re: Request for Mr. Solomon's Parents to Speak at Sentencing .. (Cecutti, Anthony) (Entered: 11/05/2026) |
| 11/05/2026 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Sentencing held on 11/5/2026 for Jared Solomon (1) Count 1ss,2ss,3ss−4ss. Defendant present with his attorney Anthony Cecutti. AUSAs Adam Margulies, Daniel Richenthal, Joe Zabel, and |

| | | |
|---|---|---|
| | | Rita Maxwell present. The defendant is sentenced to 108 months on counts one, three and four to run concurrently and 24 months on count two to run consecutively for a total of 132 months. 3 years of supervised release on counts one, three and four and 1 year on count two to run concurrently for a total of 3 years. All standard terms and conditions of supervised release with the special conditions of access to requested financial info., no new credit charges, mental health treatment, searches, and notifying people if he could be a risk to them. Restitution deferred for 90 days. Forfeiture see order. Special assessment in the amount of $400 to be paid promptly. (Court Reporter Casey Dancisin) (ap) (Entered: 11/05/2026) |
| 11/05/2026 | | DISMISSAL OF COUNTS on Government Motion as to Jared Solomon (1) Count 1,1s,2,2s,3s. (jw) (Entered: 11/05/2026) |
| 11/05/2026 | 142 | FILED JUDGMENT IN A CRIMINAL CASE as to Jared Solomon (1), Count(s) 1, 1s, 2, 2s, 3s, Dismissed; Found guilty on Count(s) 1ss, 2ss, 3ss−4ss, Imprisonment for a total term of 108 MONTHS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 24 MONTHS ON COUNT TWO TO RUN CONSECUTIVELY FOR A TOTAL TERM OF 132 MONTHS. Supervised release for a term of 3 YEARS ON COUNTS ONE, THREE AND FOUR TO RUN CONCURRENTLY AND 1 YEAR ON COUNT TWO TO RUN CONCURRENTLY FOR A TOTAL TERMS ON 3 YEARS. The court makes the following recommendations to the Bureau of Prisons:That the defendant be designated to either the Otisville Facility or the Danbury Facility so that his family may visit more easily. The Court also recommends that the defendant be permitted to participate in the RDAP Program, if eligible, and that he be given educational and vocational training. Special Assessment of $400 which is due immediately. (Signed by Judge Loretta A. Preska on 11/5/2026)(jw) (Entered: 11/05/2026) |
| 11/12/2026 | 143 | TRANSCRIPT of Proceedings as to Jared Solomon re: Sentence held on 11/5/26 before Judge Loretta A. Preska. Court Reporter/Transcriber: Amy Walker, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/3/2026. Redacted Transcript Deadline set for 12/14/2026. Release of Transcript Restriction set for 2/10/2027. (Moya, Goretti) (Entered: 11/12/2026) |
| 11/12/2026 | 144 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jared Solomon. Notice is hereby given that an official transcript of a Sentence proceeding held on 11/5/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 11/12/2026) |
| 11/16/2026 | 145 | NOTICE OF APPEAL by Jared Solomon from 142 Judgment. (km) (Entered: 11/16/2026) |
| 11/16/2026 | | Appeal Remark as to Jared Solomon re: 145 Notice of Appeal − Final Judgment. $605.00 Appeal fee waived, CJA appointed attorney. (km) (Entered: 11/16/2026) |
| 11/16/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Jared Solomon to US Court of Appeals re: 145 Notice of Appeal − Final Judgment. (km) (Entered: 11/16/2026) |
| 11/16/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Jared Solomon re: 145 Notice of Appeal − Final Judgment were transmitted to the U.S. Court of Appeals. (km) (Entered: 11/16/2026) |